Decided July 16, 2004

WENDY DAVIS TRAPANI *v.* PAUL SCARCELLA ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 83 Conn. App. 903 (AC 24465), is denied.

*John R. Williams,* in support of the petition.

*Ralph W. Johnson III* and *Robert A. Rhodes,* in opposition.

Decided July 16, 2004